## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| VERNON BOISSEAU,<br><br>　　　　　Plaintiff,<br><br>　– against–<br><br>AT&T MOBILITY, LLC, and<br>ENHANCED RECOVERY COMPANY,<br>LLC,<br><br>　　　　　Defendant(s). | Civil Action No. 17-1222 |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, through undersigned counsel, hereby dismisses Enhanced Recovery Company, LLC from this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

　　　　　Respectfully Submitted,

　　　　　**GARIBIAN LAW OFFICES, P.C.**

　　　　　*/s/ Antranig Garibian*_____
　　　　　Antranig Garibian, Esq. (Bar No. 4962)
　　　　　1010 N. Bancroft Parkway, Suite 22
　　　　　Wilmington, DE 19805
　　　　　(302) 722-6885 (Tel)
　　　　　*Attorney for Plaintiff*

Dated:  November 6, 2017